UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| 7-ELEVEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEVEN ELEVEN LAW GROUP, LLC and INDIA RIOS, <br><br> Defendants. | Case No. 1:23-cv-15567 <br><br> Honorable Franklin U. Valderrama |

## JOINT STIPULATION OF DISMISSAL

The parties have resolved this matter pursuant to a confidential settlement agreement and stipulate to the dismissal of all claims without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). This dismissal is "signed by all parties who have appeared," and is therefore effective "without a court order." Fed. R. Civ. P. 41(a)(1)(A). The parties request that this matter be closed.

Dated: July 23, 2024          Respectfully submitted,

By: */s/ Daniel D. Frohling*
Daniel D. Frohling
LOEB & LOEB LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
Tel: 312-464-3100
Fax: 312-464-3111
dfrohling@loeb.com

Stephen P. Meleen
PIRKEY BARBER PLLC
1801 E. 6th Street, Suite 300
Austin, TX 78702
Tel: (512) 322-5200
Fax: (512) 322-5201
smeleen@pirkeybarber.com

*Attorneys for Plaintiff*

By: */s/ India Rios*
India Rios
SEVEN ELEVEN LAW GROUP LLC
73 W. Monroe Street
Suite 100
Chicago, IL 60603
Tel: 773-455-0711
India@711lawgroup.com
Contact@711lawgroup.com

*Attorneys for Defendants*